Case Number: PC-2022-00550
Filed in Providence/Bristol County Superior Court
Submitted: 1/27/2022 1:53 PM
Envelope: 3464001
Reviewer: Victoria H

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |
| TAMMY CALHOUN,<br>    Plaintiff, | |
| v. | CA No. PC-2022-____ |
| BEST BUY STORES, L.P.<br>and NATIONAL RETAIL<br>PROPERTIES,<br>    Defendants. | |

## COMPLAINT

### Parties

1. Plaintiff TAMMY CALHOUN is an individual and resident of the State of Rhode Island.

2. Defendant BEST BUY STORES, L.P. ("BEST BUY") is a foreign limited partnership organized under the laws of the Commonwealth of Virginia and is authorized to do business in the Commonwealth of Massachusetts as well as the State of Rhode Island.

3. Defendant NATIONAL RETAIL PROPERTIES is a foreign business and is authorized to do business in the Commonwealth of Massachusetts as well as the State of Rhode Island.

### Jurisdiction

4. Jurisdiction is proper in the Superior Court because the amount in controversy exceeds this court's jurisdictional requirements.

5. Venue is proper in Providence County.

6. Defendants are subject to this court's general personal jurisdiction.

### Facts

7. On or about January 30, 2019, at 6:20 pm, Plaintiff was a customer at BEST BUY in North Attleborough, Massachusetts.

1

Case Number: PC-2022-00550
Filed in Providence/Bristol County Superior Court
Submitted: 1/27/2022 1:53 PM
Envelope: 3464001
Reviewer: Victoria H

8. Upon entering the BEST BUY, Plaintiff stepped in the doorway with her right foot and when she put her left foot down, she slipped and fell.

9. There had been a snow squall earlier that day and the store's entrance had become wet and slippery.

10. Defendants knew or should have known of the dangerous condition that existed at the BEST BUY's store entrance.

11. Defendants did not warn entrants, including Plaintiff, of the dangerous condition by use of caution cones or any other signal of the wet, slippery, and dangerous condition.

### COUNT I - Negligence

12. Plaintiff realleges the allegations contained in the foregoing paragraphs and incorporates those allegations by reference as if fully restated herein.

13. Defendants owed a duty to Plaintiff to use reasonable care to maintain its property in a reasonably safe condition in view of all the circumstances. Defendants also owed a duty to Plaintiff to warn of wet, slippery, and dangerous conditions.

14. Defendants breached that duty and failed to use reasonable care by failing to ensure a reasonably safe condition of its premises in view of all the circumstances and to properly clear all common areas of wet, slippery, and dangerous condition.

15. Defendants also breached that duty by failing to warn Plaintiff of the wet, dangerous, and dangerous condition.

16. Solely as a result of Defendants' failure Plaintiff sustained serious and severe injuries to her person, including, but not limited to, the following injuries: Left hip muscle strain; Lumbar spondylosis with radiculopathy; Fracture of the right-sided pedicle screw at L5; and was otherwise seriously injured, was in great pain of body and mind, was prevented

Case Number: PC-2022-00550
Filed in Providence/Bristol County Superior Court
Submitted: 1/27/2022 1:53 PM
Envelope: 3464001
Reviewer: Victoria H

from transacting her business, lost wages and incurred expenses for medical attention and hospitalization, which expenses continue to be incurred.

17. Solely as a result of the aforementioned injuries, Plaintiff has incurred damages, including permanent injury with future pain and suffering and future medical expenses.

**WHEREFORE**, the Plaintiff prays that, after trial, a judgment be entered in her favor and against Defendants, jointly and severally, and that general and special damages be awarded to the Plaintiff in an amount to be determined at trial, plus interest, and costs.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable.

> Plaintiff,
> By counsel,
>
> /s/ Michael F. Campopiano
> Michael F. Campopiano, Esq.
> RI Bar No 7853
> The Law Offices of Michael F. Campopiano, Inc.
> 21 Douglas Avenue
> Providence, RI 02908
> T: (401) 288-3888
> E: dpc@mfclaw.com

Date:   January 27, 2022